Michael Goss, a Minor, by His Father and Next Friend, Spencer Goss, Plaintiff-Appellant, v. Preston Helm, Jr., Defendant-Appellee.

Gen. No. 48,765.

First District, Second Division.

November 15, 1962.

Michael H. Postilion, Fitzpatrick, Postilion, Zegiel & Heinemann, of Chicago, for appellant; Donald J. Seeley, of Chicago, for appellee. Opinion by MR. JUSTICE BURKE. Not to be published in full.